**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| DONALD TENNISWOOD and | § | |
| KATHLEEN TENNISWOOD POWELL, | § | |
| *individually and on behalf of the Estate of* | § | |
| *Mark Tenniswood*, | § | |
| Plaintiffs, | § | CAUSE NO. 1:16-CV-844-ML |
| v. | § | |
| | § | |
| ARGA TRANSPORT, INC., USA TRUCK | § | |
| LEASING, LLC and DONNIE CRAIG | § | |
| FUSSELL, | § | |
| Defendants. | § | |

### ORDER

On May 22, 2018, the court entered an order granting the parties' Agreed Motion to Dismiss with Prejudice, disposing of all remaining claims in this matter. Dkt. #57. Accordingly, **the Clerk of Court is directed to close this case**.

SIGNED May 23, 2018.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE